**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**SOMERS POINT DINER, INC.,**

**Plaintiff,**

**v.**

**CITY OF SOMERS POINT, *et al.*,**

**Defendants.**

**Case No. 25–cv–03462–ESK–MJS**

**ORDER**

**THIS MATTER** having come before the Court for a hearing on May 29, 2026 (Hearing) on defendants' motion to dismiss (Motion) (ECF No. 14); and for the reasons stated on the record at the hearing,

**IT IS** on this **29th** day of **May 2026** **ORDERED** that:

1. The Motion is **GRANTED in part** and **RESERVED in part**. The second, third, and fifth counts of the first amended complaint (ECF No. 9), to the extent they assert federal claims (Federal Claims), are dismissed without prejudice for lack of subject matter jurisdiction. The remaining aspects of the Motion are reserved. The Clerk of the Court is directed to terminate the Motion.

2. Plaintiff is granted leave to file a second amended complaint by **June 29, 2026** that addresses the deficiencies noted by the Court at the Hearing. To the extent plaintiff seek to amend the second amended complaint beyond the scope of the discussion at the Hearing, plaintiff must file a motion for leave to amend. *See* Fed. R. Civ. Pro. 15; L. Civ. R. 15.1.

3. If a second amended complaint is not timely filed, the Court intends to enter an order dismissing the Federal Claims with prejudice and remanding this matter to the Superior Court of New Jersey for lack of subject matter jurisdiction.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**